THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BERT SCHREIBER, Appellant.

Argued October 5, 1955; decided October 20, 1955.

*Bruce H. Willner* for appellant.

*Frank S. Hogan, District Attorney (Paul A. Stone* and *Charles W. Manning* of counsel), for respondent.

Judgments reversed, information dismissed and the fine remitted. Whether or not a punch card or punchboard comes within the scope of section 970-a of the Penal Law need not be here decided since, in our view, there was no proof, beyond a reasonable doubt, of the essential sale of such an article. No opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.